**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VIVO CAPITAL SURPLUS FUND VIII, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ORBIMED ADVISORS LLC, *et al.*, <br><br> Defendants. | Civil Action No.: 25-CV-3051 (JPO) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Stephen P. Blake in Support of Motion for a Preliminary Injunction, dated April 22, 2025, and the exhibits attached thereto, the Memorandum of Law in Support of Motion for a Preliminary Injunction, and all of the prior pleadings filed in this action, Plaintiff Vivo Capital Surplus Fund VIII, L.P. ("Vivo") respectfully moves the Court, before the Honorable J. Paul Oetken, at the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 706, New York, New York, 10007, at a date and time to be set by the Court, for a preliminary injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, to enjoin Defendants OrbiMed Advisors LLC and OrbiMed Capital LLC from making further misleading statements in violation of Section 13(d) of the Exchange Act and to require Defendants to issue corrective disclosures rectifying their material violations of Section 13(d) of the Exchange Act.

Dated: April 22, 2025　　　　　　　　　　**SIMPSON THACHER & BARTLETT LLP**

　　　　　　　　　　　　　　　　　　　<u>/s/ *Stephen P. Blake*</u>
　　　　　　　　　　　　　　　　　　　Stephen P. Blake
　　　　　　　　　　　　　　　　　　　Bo Bryan Jin
　　　　　　　　　　　　　　　　　　　2475 Hanover Street
　　　　　　　　　　　　　　　　　　　Palo Alto, California 94304
　　　　　　　　　　　　　　　　　　　Telephone: (650) 251-5000
　　　　　　　　　　　　　　　　　　　Facsimile: (650) 251-0002
　　　　　　　　　　　　　　　　　　　sblake@stblaw.com
　　　　　　　　　　　　　　　　　　　bryan.jin@stblaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Vivo Capital Surplus Fund VIII, L.P.*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on April 22, 2025, a true copy of the above document was served on Defendants via first class mail at the addresses below, and will be filed through the ECF system.

**OrbiMed Advisors LLC**
601 Lexington Avenue, 54th Floor
New York, NY 10022

**OrbiMed Capital LLC**
601 Lexington Avenue, 54th Floor
New York, NY 10022

Dated: April 22, 2025     /s/ *Stephen P. Blake*
                          Stephen P. Blake