UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVO CAPITAL SURPLUS FUND VIII, L.P.,<br><br>                    Plaintiff,<br><br>   v.<br><br>ORBIMED ADVISORS LLC, *et al.*,<br><br>                    Defendants. | Civil Acton No.: 25-CV-3051(JPO) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, Plaintiff Vivo Capital Surplus Fund VIII, L.P., by and through its undersigned counsel, hereby voluntarily dismisses the above-captioned action without prejudice, without costs or attorneys' fees to any party.

Dated: June 11, 2025

                                  Respectfully submitted,

                                  **SIMPSON THACHER & BARTLETT LLP**

                                  */s/ Stephen P. Blake*

                                  Stephen P. Blake
                                  Bo Bryan Jin
                                  2475 Hanover Street
                                  Palo Alto, California 94304
                                  Telephone: (650) 251-5000
                                  Facsimile: (650) 251-0002
                                  sblake@stblaw.com
                                  bryan.jin@stblaw.com

                                  *Attorneys for Plaintiff Vivo Capital Surplus Fund VIII, L.P.*